UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE MCDUEL,

    Plaintiff,

v.

    Case No. 1:25-cv-1260

    Hon. Hala Y. Jarbou

MINI STORAGE DEPOT - EASTERN,

    Defendant.
_____/

## ORDER

On December 3, 2025, the magistrate judge issued a Report and Recommendation (R&R) (ECF No. 11) that the Court dismiss the complaint because it is frivolous and fails to state a claim. No parties have filed objections to the R&R, and the deadline for doing so has passed. The Court has reviewed the R&R and determined that it makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 11) is **APPROVED** and **ADOPTED** as the opinion of the Court.

The Court will enter a judgment consistent with this Order.

Dated: January 22, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE